ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



FILED
July 16 2007
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JESSE JAMES WHITE, ID # 1284916,  )  <br> Plaintiff,  ) <br> vs.  ) <br>  ) <br> DALLAS COUNTY, et al.,  ) <br> Defendant.  ) | No. 3:06-CV-1657-B (BH) |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and are adopted as the Findings and Conclusions of the Court.

It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted.

It is so ordered this 16th day of July, 2007.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE